EAST BATON ROUGE PARISH   C-672210
Filed Aug 06, 2018 9:23 AM        22
Deputy Clerk of Court

| JOHNETTE TOCE and ERIC TOCE | 19th JUDICIAL DISTRICT COURT |
|---|---|
| VERSUS | DOCKET NO. _____ |
| HAYS COMPANIES, CARGILL MEAT LOGISTICS SOLUTIONS INC., and VICTOR T. COX | E. BATON ROUGE PARISH, LOUISIANA |

**PLAINTIFFS' ORIGINAL PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, JOHNETTE TOCE and ERIC TOCE, (sometimes hereinafter referred to as "TOCE"), Wife and Husband, living together, natural persons of the full age of majority, residents of and domiciled in Lafayette Parish, Louisiana, who respectfully allege their cause of action for damages as follows.

1.

Made Defendants herein are:

a. HAYS COMPANIES, a foreign insurer authorized to do and doing business in the State of Louisiana, with the Louisiana Secretary of State, R. Kyle Ardoin, appointed as its agent for service of process;

b. CARGILL MEAT LOGISTICS SOLUTIONS, INC., (hereinafter referred to as "CARGILL"), a Kansas company doing business in the State of Louisiana, who can be served through its registered agent for service of process, C. T. Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; and

c. VICTOR T. COX, (hereinafter referred to as "COX"), a natural person of the full age of majority, resident of and domiciled in Troup County, Georgia, who can be served at 101 Bartleys Walk, Lagrange, GA 30240.

2.

Defendants HAYS COMPANIES, CARGILL, and COX are liable, justly and truly indebted unto Plaintiffs, *in solido*, for the entirety of their damages, with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following.

3.

At all times pertinent hereto, HAYS COMPANIES had in full force and effect a policy

1

EXHIBIT A

Certified True and Correct Copy
CertID: 2018102400463
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 10/24/2018 1:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

or policies of automobile/trucking liability insurance insuring CARGILL, COX, and the other persons, vehicles, matters, things, entities, acts and omissions involved in this lawsuit, and as such, is being sued directly, pursuant to La. R.S. 22:655.

4.

On August 6, 2017, at approximately 3:04 p.m., Plaintiff, JOHNETTE TOCE, was passenger in a 2015 BMW 640, driven by Deborah Burns, traveling westbound in the left lane on Interstate 10 in East Baton Rouge Parish, Louisiana. At the same time, COX was operating a 2007 Volvo Semi, an 18-wheeler rig owned and/or operated by CARGILL. COX was traveling westbound in the middle lane of Interstate 10 in East Baton Rouge Parish, Louisiana.

5.

As the vehicles were traveling down the interstate, COX carelessly slammed into the rear of the vehicle in front of him. During this collision, COX swerved to the left and carelessly slammed into the rear of the 2015 BMW 6401 as well. This impact was so great, and the BMW suffered damages so extensive, that it was inoperable and had to be towed from the scene.

6.

COX had an employee/employer relationship with Defendant CARGILL at the time of this crash. COX was on a mission for, and in the course and scope of his employment with, CARGILL when his negligence caused the crash. CARGILL is therefore liable for all of the Toce's damages caused by COX under the Louisiana Civil Code and the doctrine of *respondeat superior* for all tortious acts, and failures to act, including negligence, of COX, which caused this crash.

7.

As a result of this accident, JOHNETTE TOCE sustained severe and painful personal injuries to the bones, muscles, ligaments, tendons, nerves, blood vessels and other structures of her face, head, neck, back, shoulders, chest, arms, legs, knees and other parts of her body; including but not limited to, injuries to her nervous system, psyche and the other systems of her body, resulting in extreme anxiety, mental anguish and torment, and excruciating physical pain and suffering. JOHNETTE TOCE sustained an intervertebral annular tear and disc herniations in her lumbar spine, and a disc bulge with nerve impingement in her cervical spine. JOHNETTE TOCE has suffered, and will continue to suffer, severe physical pain and keen mental anguish. She has incurred extensive medical and related expenses since the crash, and will require

Certified True and Correct Copy
CertID: 2018102400463

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
10/24/2018 1:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

medical and related care in the future, potentially including surgeries and hospitalizations.

8.

JOHNETTE TOCE has been handicapped in her activities of daily of living. She has required other persons to care for her basic needs, and to perform the normal household chores and lawn care duties that she otherwise would have done herself. She will be required to secure replacement household and lawn care services in the future. Ms. Toce will be permanently disfigured, permanently disabled and has suffered a permanent loss of life enjoyment.

9.

JOHNETTE TOCE was free from fault and negligence and in no way contributed to the cause of the crash giving rise to this lawsuit.

10.

Plaintiff, JOHNETTE TOCE, has suffered injuries of so serious a nature that they, coupled with the medical treatment she has required and the future medical treatment she will require, have prevented her from enjoying the love, society, affection and normal marital relations of her husband, and have seriously impacted her family life.

11.

Due to the seriousness of the injuries sustained by JOHNETTE TOCE, her husband, ERIC TOCE, has been prevented from enjoying the love, society, affection, and normal marital relations that pre-existed the accident. He has been seriously impacted in his family life to the extent that he has suffered, and will continue to suffer, a loss of consortium.

12.

In addition, JOHNETTE TOCE has lost her ability to secure health, life and/or disability insurance, or alternatively, the cost to insure JOHNETTE TOCE has dramatically increased due to the injuries she sustained in this accident.

13.

The aforesaid collision, and the injuries and damages herein described resulting from this crash, were proximately and legally caused by the fault, including the negligence, of the Defendant, VICTOR T. COX, in the following acts of omission and commission, among others, which will be shown on the trial hereof:

   a. COX's violation of law in striking Deborah Burns' vehicle from behind, in violation of La. R.S. 32:81;

Certified True and Correct Copy
CertID: 2018102400463

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
10/24/2018 1:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

b. COX's driving in a careless and imprudent manner without regard for the vehicles lawfully travelling around him, in violation of La. R.S. 32:58;

c. COX's failure to maintain reasonable and proper control of the 18-wheeler under his control upon a public, interstate highway;

d. COX's operating the vehicle under his control in a reckless and negligent manner;

e. COX's failure to see what should have been seen and failure to do any act by which to avoid the crash;

f. COX's lack of the proper training and skill required by law to operate an 18-wheeler; and

g. COX's other acts of fault that caused the crash sued upon, which will be shown at the trial of this matter, all of which were in violation of the rules of the road, the dictates of common sense, The Federal Motor Carrier Act, the FMCSA rules promulgated under The Federal Motor Carrier Act, and the traffic ordinances of the State of Louisiana, all of which are specifically pleaded herein.

14.

Defendant CARGILL is liable under the Louisiana Civil Code and the doctrine of *respondeat superior* for all tortious acts, and failures to act, including negligence, of VICTOR T. COX, which caused this crash and the TOCE's damages. The aforesaid collision, and the injuries and damages herein described resulting from this crash, were proximately and legally caused by the fault, including negligence, of CARGILL, in the following acts of omission and commission, among others, which will be shown on the trial hereof:

a. CARGILL is liable for the TOCE's damages due to negligence relating to COX's employment, including the negligent hiring, negligent training, negligent supervision, and negligent retention of COX;

b. CARGILL is additionally liable for the TOCE's damages due to its violations of the FMCSA and the Federal Motor Carrier Safety Regulations, including its failure to ensure that COX was trained and knowledgeable on the rules for maintaining and operating commercial vehicles promulgated by the Federal Motor Carrier Safety Administration; and

c. All other acts of fault that were the cause of the accident sued upon and which will be shown at the trial of this matter, all of which were in violation of the rules of the road, the dictates of common sense, The Federal Motor Carrier Act, the FMCSA rules

4

Certified True and Correct Copy
CertID: 2018102400463

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
10/24/2018 1:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

promulgated under The Federal Motor Carrier Act, and the traffic ordinances of the State of Louisiana, all of which are specifically pleaded herein.

15.

Under the Louisiana Code of Civil Procedure, Article 1423, et. seq., JOHNETTE TOCE is entitled to, and hereby requests that Defendant CARGILL produce for inspection the originals, or certified copies, of all insurance policies which could possibly provide liability coverage to CARGILL or COX, for JOHNETTE and ERIC TOCE's damages complained of herein, and which were in effect on August 6, 2017. These policies are to be produced within thirty (30) days at The Toce Firm, A.P.L.C., 969 Coolidge Boulevard, Suite 201, Lafayette, Louisiana 70503.

WHEREFORE, Plaintiffs, JOHNETTE TOCE and ERIC TOCE, respectfully pray that:

1. Defendants, HAYS COMPANIES, CARGILL MEAT LOGISTICS SOLUTIONS INC., and VICTOR T. COX be served with a copy of this Petition and be duly cited to appear and answer same;

2. Defendant CARGILL MEAT LOGISTICS SOLUTIONS INC. be ordered to produce for inspection, within thirty (30) days, the originals, or certified copies of all insurance policies which may provide coverage for the personal injuries and damages complained of herein, and which were in effect on August 6, 2017;

3. After legal delays and due proceedings, there be judgment herein in favor of Plaintiffs, JOHNETTE TOCE and ERIC TOCE, and against Defendants, HAYS COMPANIES, CARGILL MEAT LOGISTICS SOLUTIONS INC., and VICTOR T. COX, *in solido*, for the entire amount of JOHNETTE TOCE's and ERIC TOCE's damages which will be proven at the trial of this matter, in the proportions assigned by the jury in accordance with law, with legal interest thereon from the date of judicial demand, until paid;

4. Plaintiff receive Notice of Trial under Louisiana Code of Civil Procedure Article 1572;

5. Plaintiff be granted a Trial by Jury;

6. Plaintiff receive Notice of Judgment under Louisiana Code of Civil Procedure Articles 1913 and 1914; and that

Certified True and Correct Copy
CertID: 2018102400463
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 10/24/2018 1:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7. Plaintiff be awarded all costs of these proceedings, expert fees, litigation expenses, attorneys' fees and all further general and equitable relief to which JOHNETTE TOCE and ERIC TOCE may be entitled under the premises.

Respectfully Submitted:
THE TOCE FIRM, APLC

*[signature]*

ANDRÉ F. TOCE (#16769)
JESSICA L. YAEGER (#37555)
969 Coolidge Boulevard
Lafayette, LA 70503
(337) 233-6818
(866) 306-9336 - Fax
andre@toce.com
jessica.yaeger@toce.com
**Attorneys for Plaintiffs, Johnette Toce and Eric Toce**

**PLEASE WITHHOLD SERVICE**

6

Certified True and Correct Copy
CertID: 2018102400463

*[signature: Julia Gray]*
East Baton Rouge Parish
Deputy Clerk of Court

Generaled Date:
10/24/2018 1:46 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).