IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNETTE TOCE and ERIC TOCE,** § § | |
| **Plaintiffs,** § § | |
| v. § | Case No. 3:18-cv-01048-SDD-RLB |
| § | |
| **OLD REPUBLIC INSURANCE CO.,** § **CARGILL MEAT LOGISTICS** § **SOLUTIONS, INC., and** § **VICTOR T. COX,** § § | |
| **Defendant.** § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Local Rule 16(c), the Johnette Toce and Eric Toce (collectively the "Plaintiffs") and Old Republic Insurance Co., Cargill Meat Logistics Solutions, Inc., and Victor T. Cox (collectively the "Defendants") file this Joint Notice of Settlement.

The Plaintiffs and Defendants (along with additional persons not party to this lawsuit[1]) have reached a settlement in the above-referenced cause. The Parties are working on the language of the settlement agreement and anticipate that it will be finalized within 60 days of this filing.

---

[1] During the pendency of this lawsuit, Johnette Toce passed. Her Estate and children are parties to the settlement but are not parties to this lawsuit.

Respectfully submitted,

THE TOCE FIRM

/s/ Andre F. Toce
ANDRE F. TOCE (#16769)
969 Coolidge Boulevard
Lafayette, LA  70503
(337) 233-6818
(866) 306-9336 – Fax
andre@toce.com

**Attorneys for Plaintiffs**


/s/ Slater C. Elza
Slater C. Elza

Christy Amuny
Louisiana Bar No. 32973
camuny@germer.com
GERMER PLLC
550 Fannin, Suite 400
Beaumont, Texas  77701
Tel:  409/654/6700
Fax:  409/835-2115

-and-

Slater C. Elza, *admitted pro hace vice*
Texas Bar No. 24000747
slater.elza@uwlaw.com
UNDERWOOD LAW FIRM P.C.
500 S. Taylor, Suite 1200 LB 233
Amarillo, Texas  79105
Tel:     806/376-5613
Fax:    806/379-0613

**Attorneys for Defendants**